IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00159-RPM

JON SAUNDERS,
WILLIAM WILSON,
SHANNON SMITH,
ARNOLD SMITH,
SAMUEL ZUNIGA,
WILLIAM TAYLOR,
RICHARD TINNEY,
LENORA BLACKWELL,
RICHARD MITCHELL,
CHRISTOPHER MATTINGLY,
WILLIAM DAMROW, and
STEPHEN HARRIS,

    Plaintiffs,
v.

THE UNITED STATES OF AMERICA,

    Defendant.
_____

ORDER DISMISSING CLAIMS OF PLAINTIFFS OTHER THAN JON SAUNDERS FOR IMPROPER VENUE
_____

Upon review of the complaint, filed January 22, 2014, [Doc. 2] and the defendant's motion to sever and dismiss the claims of all plaintiffs other than Jon Saunders filed April 30, 2014, [Doc.8], the claims of the plaintiffs are separate and independent claims which have been improperly joined and only the plaintiff Jon Saunders has shown proper venue for this action under 28 U.S.C. 1391(a)(1) and it is therefore

ORDERED that the claims of William Wilson, Shannon Smith, Arnold Smith, Samuel Zuniga, William Taylor, Richard Tinney, Lenora Blackwell, Richard Mitchell,

Christopher Mattingly, William Damrow and Stephen Harris are dismissed without prejudice and it is

FURTHER ORDERED that this Court will review the administrative record submitted for Jon Saunders to determine his claim under 38 U.S.C. § 1975.

DATED:   July 17th, 2014

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge