IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00159-RPM

JON SAUNDERS,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

_____

## JUDGMENT
_____

    Pursuant to the Order for Judgment of Dismissal entered by Senior District Judge Richard P. Matsch on July 24, 2014, it is

    ORDERED AND ADJUDGED that this civil action is dismissed.

    DATED: July 24, 2014

                        FOR THE COURT:

                        JEFFREY P. COLWELL, Clerk

                            s/M. V. Wentz

                        By_____
                                Deputy